# Order

Michigan Supreme Court
Lansing, Michigan

May 28, 2019

157012

*In re* Application of CONSUMERS ENERGY
COMPANY to Increase Rates.

_____

RESIDENTIAL CUSTOMER GROUP and
MICHELLE RISON,
            Appellants,

v

CONSUMERS ENERGY COMPANY,
            Petitioner-Appellee,

and

MICHIGAN PUBLIC SERVICE COMMISSION,
MICHIGAN CABLE TELECOMMUNICATIONS
ASSOCIATION, MICHIGAN
ENVIRONMENTAL COUNCIL, NATURAL
RESOURCES DEFENSE COUNCIL, and
HEMLOCK SEMICONDUCTOR
CORPORATION,
            Appellees.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 157012
COA: 330745
MPSC: 00-017735

By order of October 5, 2018, the application for leave to appeal the December 28, 2017 judgment of the Court of Appeals was held in abeyance pending the decision in *Henderson v Civil Serv Comm* (Docket No. 156270). On order of the Court, the case having been decided on March 15, 2019, ___ Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2019



Clerk

p0520